| | |
|---|---|
| 1 | GARY L. BARR (75771) |
| | MARK S. BLACKMAN (119466) |
| 2 | ALPERT, BARR & GRANT |
| | A Professional Law Corporation |
| 3 | 6345 Balboa Boulevard, Suite I-300 |
| | Encino, California 91316-1523 |
| 4 | PHONE: (818) 881-5000; FAX: (818) 881-1150 |
| 5 | Attorneys for BANK OF CAMDEN |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | | |
|---|---|---|
| In Re: GARY RICHARD LUCIDO and DIANE LYNN LUCIDO | ) | CASE NO. 13-44455 |
| | ) | CHAPTER 13 |
| Debtors. | ) | |
| SSN: XXX-XX-0304 | ) | OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN |
| SSN: XXX-XX-4316 | ) | |
| | ) | **341(a) HEARING DATE:** |
| BANK OF CAMDEN | ) | DATE: SEPTEMBER 12, 2007 |
| | ) | TIME: 10:00 AM |
| Creditor, | ) | PLACE: |
| | ) | Office of the U.S. Trustee |
| v. | ) | 1301 Clay Street, #690 N. |
| | ) | Oakland, California 94612 |
| GARY RICHARD LUCIDO and DIANE LYNN LUCIDO; and MARTHA G. BRONITSKY, Chapter 13 Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

NOTICE IS HEREBY GIVEN THAT, Secured Creditor, BANK OF CAMDEN ("Camden") hereby objects to the confirmation of Debtors' Chapter 13 Plan, in the above-numbered bankruptcy, on the following grounds:

1. A voluntary petition under Chapter 13 was filed on July 31, 2013, by Debtors, GARY RICHARD LUCIDO and DIANE LYNN LUCIDO ("Debtors").

////

////

110909\F:\WPDOCS\4194\006\OBJECTION.delay.wpd    [Document Printed on Recycled Paper; C.R.C. 201(d)] - In re LUCIDO GARY and DIANE

Case: 13-44455    Doc# 13    Filed: 09/11/13    Entered: 09/11/13 11:14:46    Page 1 of 3   13-44455

2. Martha G. Bronitsky has been appointed Trustee by the Court.

3. The treatment of the secured claim for which Camden objects involves the personal property commonly known as a 1986 BAYSHORE "BAYSHORE" (20' x 48') MOBILEHOME; SERIAL NUMBER: A/BHA0213A/B, DECAL NUMBER: LAJ3215 (the "Subject Property").

4. On July 29, 2008, Debtors entered into an agreement to purchase the Subject Property, financing the sum of $33,115.00, and executed a "Promissory Note and Security Agreement" ("Security Agreement").

5. Debtors executed the Security Agreement in favor of ACC Funding LLC.

6. The Security Agreement was thereafter assigned to Premier Capital Lending ("Premier").

7. Sometime thereafter Debtors became delinquent in their monthly obligation to Premier.

8. On February 28, 2011, Premier and Debtors entered into a loan modification whereby the delinquent payments would be added to the principal balance of the loan increasing the total to $43,134.36 and the monthly installment payment would be adjusted to $475.95 for 240 months, with the first payment beginning on February 15, 2011.

9. The Security Agreement was thereafter assigned to Camden.

10. As of September 9, 2013, the current balance due and owing to Camden is $42,073.30.

11. Debtor has failed to make monthly installment payments to Camden and are currently in arrears for the payments which became due May, 2013 through July, 2013.

12. On July 31, 2013, Debtors filed a Chapter 13 Plan which seeks to devalue Camden's collateral from 42,073.30 to $10,000.00, without any justification for such devaluation.

13. Debtors' Plan states that the value of the Subject Property is $10,000.00.

14. Although Camden has not had sufficient time to obtain an appraisal of the Subject Property, Camden believes that the value of the Subject Property to be substantially higher than the Debtors' valuation.

110909\F:\WPDOCS\4194\006\OBJECTION.delay.wpd  [Document Printed on Recycled Paper; C.R.C. 201(d)] - In re LUCIDO GARY and DIANE 13-44455

2

Case: 13-44455   Doc# 13   Filed: 09/11/13   Entered: 09/11/13 11:14:46   Page 2 of 3

**WHEREFORE**, Camden prays that this Court continue confirmation of the Debtors' Chapter 13 Plan to allow Camden additional time to obtain an appraisal of the Subject Property, file an amended objection and declarations in support thereof.

Dated: September 11, 2013

Respectfully submitted,

ALPERT, BARR & GRANT
A Professional Law Corporation

/s/ Mark S. Blackman
MARK S. BLACKMAN
Attorneys for Camden

110909\F:\WPDOCS\4194\006\OBJECTION.delay.wpd        [Document Printed on Recycled Paper; C.R.C. 201(d)] - In re LUCIDO GARY and DIANE 13-44455

2

Case: 13-44455    Doc# 13    Filed: 09/11/13    Entered: 09/11/13 11:14:46    Page 3 of 3